IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>　　　　Plaintiff<br><br>v.<br><br>ATOM PROPERTY SOLUTIONS, LLC<br>AND ANTON TAMKOVITCH<br>　　　　Defendants. | Case No. 2:22-cv-02000-MMB<br><br>JURY TRIAL DEMANDED |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS ATOM PROPERTY SOLUTIONS, LLC AND ANTON TAMKOVITCH

　　COMES NOW Plaintiff Andrew R. Perrong, pursuant to Fed. R. Civ. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against both Defendants, Atom Property Solutions, LLC and Anton Tamkovitch, in the above-styled action. Mr. Perrong respectfully requests that the Clerk of Court enter default as the Defendants have failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

　　Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 1(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 1(a)(1)(A)(i) (emphasis added).

Here, the Plaintiff filed his Complaint on May 18, 2022. (See ECF No. 1.) Both Defendants were served with the Summons and Complaint on July 12, 2022. (See ECF No. 4.) Defendants did not file a response as of August 2, 2022. Accordingly, the Plaintiff requests that the Clerk enter the Defendants' default pursuant to FED. R. CIV. P. 55(a).

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the defendants pursuant to FED. R. CIV. P. 55(a).

Dated: **August 3, 2022**

_____/s/_____
Andrew R. Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022 I filed the foregoing with the Clerk of the Court electronically via the email address PAED_documents@paed.uscourts.gov.

_____/s/_____
Andrew R. Perrong